*Ex parte* Cousins.

## *Ex parte* Cousins, *petitioner.*

A license to sell the land of a minor, under *Stat.* 1826. *ch.* 342, may be granted in the alternative, for public or private sale.

THE petitioner in this case represented that his ward, a minor, was seised of certain real estate, which it would be for his benefit to dispose of; and thereupon prayed for license to sell it either by public auction, or private sale, as might be most for the interest of the minor.

At the reading of the petition a question was made whether it was necessary, under *Stat.* 1826. *ch.* 342, that the mode of sale should be designated by the Court.

THE COURT were of opinion that it was not necessary; and granted a license to the guardian to sell the land either by public auction or private sale, as he might find most for the interest of his ward.

*Hussey,* for the petitioner.

## BAKER *vs.* HALEY & ALS.

Bonds for ease and favor being those only which are given to purchase an indulgence not authorized by law; a bond given for the debtor's liberties, under *Stat.* 1824, *ch* 281, is good, though it does not strictly conform to the rules indicated in the statute.

Such bond may properly be taken to the office making the arrest.

DEBT on bond. The principal defendants, having been taken in execution, applied to a magistrate to be admitted to the poor debtor's oath, pursuant to *Stat.* 1824, *ch.* 281; whereupon the plaintiff,